AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Safe Deposit Box #519
rented by Johnnie Walter James
Located at SunTrust Bank,
6422 Georgia Avenue, N.W.
Washington, DC  20012

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Peter A. Ott___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Drug Enforcement Administration___ and have reason to believe
   (Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)

Safe Deposit Box #519 rented by Johnnie Walter James
Located at SunTrust Bank, 6422 Georgia Avenue, N.W. Washington, DC 20012

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

funds and financial records

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

evidence of unlawful drug trafficking/proceeds of unlawful drug trafficking

concerning a violation of Title _21_ United States Code, Section(s) _841/846_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

William R. Cowden
Criminal Division/Asset Forfeiture Unit
(202) 307-0258

Signature of Affiant
Special Agent Peter A. Ott
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, DC

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT FOR:

SAFE DEPOSIT BOX #519
RENTED BY JOHNNIE WALTER JAMES
LOCATED AT SUNTRUST BANK,
6422 GEORGIA AVENUE, NW, WASHINGTON, DC 20012

I, Peter A. Ott, Special Agent (S/A), Drug Enforcement Administration (DEA), United States Department of Justice, being duly sworn, depose and say:

1. I have been a Special Agent for the Drug Enforcement Administration since September 1990 and am presently assigned to the Washington Divisional Office, Group 34 Taskforce, Greenbelt, Maryland. During the course of my employment with DEA, I have received training as a narcotics agent at the DEA/FBI Academy located at Quantico, Virginia. During the course of my tenure as a Special Agent, I have participated in the arrest of individuals for violations of State and Federal narcotics laws. I have testified in numerous narcotic cases in federal court.

2. As a result, I have encountered and become familiar with various tools, methods, trends, paraphernalia, and related articles utilized by various traffickers in their efforts to import, conceal, and distribute controlled substances. Central to all trafficking efforts, regardless of the drug, is the trafficker's effort to make a profit from those dealing or transactions, either for the purchase of additional substances or material gain.

3. I have participated in interviews with street level as well as sophisticated/major suppliers of narcotics. During these interviews, I have questioned the dealers at length as to the appearance, lifestyle, and habits of narcotics traffickers. I have questioned these dealers/traffickers as to the methods of operation and the security used by them. I have also reviewed and studied numerous law enforcement reports involving the arrests of suspected narcotics manufacturers and suppliers which have contained similar information.

4. I have personally observed numerous drug dealers/traffickers involved in their daily routines. During these periods of surveillance, I was able to note the particular habits used by various narcotics dealers. I have participated in numerous purchases of narcotics in an undercover capacity.

5. I have examined records and documents maintained by individuals involved in the manufacture of marijuana, cocaine, and heroin, including buyers and sellers lists and pay-and-owe ledgers. I have examined narcotic paraphernalia associated with the manufacture, packaging, and sale of marijuana, cocaine, and heroin. During my tenure with the DEA, I have received specialized training in the field of narcotics and dangerous drug investigations as follows: 12 weeks - DEA/FBI Academy, Quantico, VA; 24 hours - Contemporary Problems in the Undercover Process - DOJ/DEA; 32 hours - Aerial Observation Training; Outdoor/Indoor

Cannabis Cultivation - DOJ/DEA; 20 hours - FLIR/Thermal Imagery Certification - DOJ/DEA.

      6. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers involved in this investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

      7. Your Affiant learned that during August of 2007, members of the Prince George's County Maryland Police Department (PGPD), Narcotic Enforcement Division, received a complaint of suspected illegal drug activity occurring in and around XXXXXX Avenue, Hyattsville, Maryland 20781. Various investigative methods, to include surveillance, revealed evidence of suspected cocaine trafficking from the residence identified as XXXXXX Avenue, Hyattsville, Maryland 20781. An application for a search and seizure warrant was submitted to the Honorable Sean D. Wallace of the Circuit Court for Prince George's County, Maryland. Authorization of the warrant was granted, and on September 5, 2007 members of the Prince George's County Police Department executed the warrant.

      8. At the time of the execution of the warrant, investigators located and identified JOHNNIE WALTER JAMES, B/M, DOB: XXXX 1951 within the premises. Johnnie Walter James identified himself as a resident and specifically identified an upstairs bedroom as his own. A search of the bedroom produced numerous documents and $10,000.00 United States currency, wrapped in ten separate folds, each containing $1,000.00. Your affiant recognizes this particular method of currency separation through training and experience is a manner frequently used by drug traffickers. As the search of the premises continued, Johnnie Walter James denied being a resident, and appeared to be a visibly nervous. Further search of the property subsequently resulted in the seizure of 1098.5 grams of suspected cocaine hydrochloride, having a street value of $219,700.00.00 and 454.5 grams of suspected cocaine base, having a street value of $90,840.00. In addition to the suspected cocaine, investigators also located and seized one handgun, a money counter and an electronic scale. These items are also consistent with illegal narcotics trafficking.

      9. Your affiant learned that a review of the documents seized from within the bedroom of Johnnie Walter James, was conducted by PGPD Investigator Michael Riess. Investigator Riess made note of the following financial institutions: SunTrust Bank documents for savings account number XXXXXXXXX9895 and money market account number XXXXXXXXXX9757; PNC Bank documents for savings account number XXXXXX2245; Bank of America deposit ticket bearing the name Nadene T. Price and Johnnie W. James; and Industrial Bank documents for savings account number XX57542. The above financial institutions were contacted and it was confirmed that Johnnie Walter James does have active accounts at SunTrust Bank, PNC Bank, Bank of America and Industrial Bank.

10. On September 6, 2007, PGPD Detective Dennis Hallinger obtained Prince George's County Maryland Search and Seizure Warrants for accounts and records associated to Johnnie Walter James at the following institutions: Bank of America, 14601 Church Street, Upper Marlboro, MD 20772; SunTrust Bank, 5750 Crain Highway, Upper Marlboro, MD 20772; PNC Bank, 6551 Coventry Way, Clinton, MD 20735; and Industrial Bank, 7610 Pennsylvania Avenue, Forestville, MD 20747. Pursuant to warrants, members of the Prince George's County Police Department seized approximately $73,432.02 in funds denominated as U.S. currency.

11. In addition to the seizure of the above referenced $73,432.02 funds, and in furtherance of the ongoing investigation, your affiant has learned that Johnnie Walter James maintains a safe deposit box at each of the following institutions: SunTrust Bank, 6422 Georgia Avenue, NW, Washington, DC 20012, PNC Bank, 7601 Georgia Avenue, N.W., Washington, DC, 20012, and Bank of America, 3500 Georgia Avenue, NW, Washington, DC 20010.

12. Your affiant has been advised by Suntrust Bank officials that Johnnie Walter James does in fact maintain a safe deposit box, #519, at the Suntrust branch located at 6422 Georgia Avenue N.W., Washington, DC 20012.

13. As a result of the evidence of cocaine trafficking at XXXX Avenue, Hyattsville, Maryland 20781, Johnnie Walter James was arrested by members of the PGPD Narcotic Enforcement Division, and charged with the following: Possession with Intent to Distribute Cocaine; Possession with Intent to Distribute Crack Cocaine; Possession of Firearm after being Convicted of a Crime; Possession of Firearm After being Convicted of a Violation Classified as a Felony Possession of Firearm in relation to Drug Trafficking Crime; Possession Controlled Substance to wit: Crack Cocaine; Possession Controlled Substance to wit: Cocaine Hydrochloride.

14. A query of the National Crime Information Center (NCIC) database revealed the following criminal history for Johnnie Walter James, B/M, DOB:XXXX 1951, SSN XXXXX-1874:

| Date of Arrest | Agency | Charge |
| --- | --- | --- |
| 06-10-1977 | USAO DC | Controlled Substance Act-Heroin<br>Uniformed Narcotic Act-Marijuana<br>Possession of Implements of Crime |
| 01-03-1978 | Federal Correctional Institution - Ashland | Possession of Narcotics |
| 08-26-1981 | USAO DC | Uniformed Control Substance Act<br>Unregistered Gun Ammo |

| | | |
|---|---|---|
| 03-04-1982 | USAO DC | Uniform Control Substance Act - Cocaine & Marijuana |
| 05-17-1984 | Reception Center Baltimore | PWID Cocaine |
| 01-01-1989 | USAO DC | Theft II, Shoplifting |
| 03-23-1991 | DC MPD | Uniform Controlled Substance Act |
| 06-16-1991 | DC MPD | Uniform Controlled Substance Act |
| 06-09-1992 | DC MPD | Fugitive |
| 06-15-1992 | Sheriff's Office Upper Marlboro | VOP-PWID Cocaine |
| 04-19-1994 | DC MPD | Uniform Control Substance - Distribute Heroin |
| 06-26-1994 | DC MPD | Uniform Control Substance Act - Cocaine |
| 09-01-1994 | DC MPD | 3 Counts Uniform Control Substance Act |
| 09-20-1994 | DC MPD | Uniformed Control Substance Act - Distribution of Cocaine |
| 04-12-1995 | FCI Fort Dix | Possession of Drug Paraphernalia |

15. Johnnie Walter James has, among other offenses, been convicted of unlawful attempted possession with intent to distribute cocaine.

16. Your Affiant has learned that a request was directed to the Maryland Department of Labor, Licensing and Regulation Wage Records Section for reportable income which resulted in a response indicating that Johnnie Walter James (SSN: XXXXX1874) has no record of reportable earnings in Maryland, Washington, D.C., or Virginia.

17. Your Affiant learned that the $10,000.00 United States currency, seized from within the bedroom of Johnnie Walter James, was subjected to the Barringer IonScan 400B, and a positive indication for the presence of cocaine was detected upon the currency.

18. Your affiant recognizes that Johnnie Walter James attempted to distance himself from evidence of cocaine trafficking after initially claiming the residence as his own. Mail addressed to Johnnie Walter James links him to XXXXX Avenue, Hyattsville, Maryland, and execution of the search warrants in Maryland has revealed that Johnnie Walter James maintains numerous bank accounts and multiple safe deposit boxes. Your affiant further recognizes through training and experience that it is unusual for an individual who is not engaged in unlawful activity such as drug distribution and money laundering to maintain four separate financial institutions and three separate safe deposit boxes without any evidence of legitimate business or employment.

19. Your affiant also recognizes that the amount of cocaine seized from XXXXX Avenue, Hyattsville, Maryland is indicative of distribution quantities, and that drug traffickers attempt to conceal proceeds in a variety of ways; to include concealed compartments, bank accounts and safe deposit boxes.

20. Based on the aforementioned events, facts and circumstances and your affiant's training and experience in the investigation of narcotics trafficking, your affiant believes that there is probable cause to believe that evidence of violations of Title 21 U.S.C. §§ 841 and/or 846 exists in **safe deposit box #519, rented by Johnnie Walter James, and located at Suntrust Bank, 6422 Georgia Avenue, N.W., Washington, DC 20012**.

_____
Peter A. Ott
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me the _____ day of September, 2007

_____
UNITED STATES MAGISTRATE JUDGE