AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Safe Deposit Box #519
rented by Johnnie Walter James
Located at SunTrust Bank,
6422 Georgia Avenue, N.W.
Washington, DC 20012

**SEARCH WARRANT**

CASE NUMBER: 07-450-M

TO: __Peter A. Ott__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Peter A. Ott__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Safe Deposit Box #519 rented by Johnnie Walter James
Located at SunTrust Bank, 6422 Georgia Avenue, N.W. Washington, DC 20012

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

evidence of unlawful drug trafficking/proceeds of unlawful drug trafficking

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___Sept 24, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 14 2007                            at Washington, DC
Date and Time Issued

JOHN M. FACCIOLA                       _[signature]_
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer     Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>9/14/07 | DATE AND TIME WARRANT EXECUTED<br>9/14/07  11:15 Am. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>BRANCH MGR. & Box |
| INVENTORY MADE IN THE PRESENCE OF<br>S/A G. Scott, P. Ott | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>U.S. currency, Approx. $20,000.00 | | |

**FILED**

SEP 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _P. Ott_

Subscribed, sworn to, and returned before me this date.

_____  09/14/07
U.S. Judge or U.S. Magistrate Judge        Date